# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| ELITE BROTHERS, L.L.C., *et al.* <br> *Petitioners,* <br><br> v. <br><br> FOOD AND DRUG ADMINISTRATION, *et al.*, <br> *Respondents.* | No. 25-60098 |

## UNOPPOSED MOTION FOR A 30-DAY
## EXTENSION OF TIME TO FILE CERTIFIED INDEX

Pursuant to Fifth Circuit Rule 27, the government respectfully moves for a 30-day extension of time, to May 15, 2025, to file the certified index of administrative record in this case. Petitioners do not oppose this motion.

## DISCUSSION

1. The U.S. Food and Drug Administration (FDA) denied petitioner Elite Brothers' application to market various flavored e-cigarette products on February 3, 2025. *See* Dkt. 1-2 Ex. A. Petitioners filed a petition for review of the order on March 5, 2025. *See* Dkt. 1-2 at 1.

2. The certified index to the administrative record is currently due on April 15, 2025, under this Court's schedule. *See* Dkt. 1-1.

3. FDA is responsible for compiling and producing the administrative record in this matter. Undersigned counsel has been informed that the

agency needs additional time to identify and compile the materials to be listed in the index, which are particularly voluminous. In addition, some of these materials may include confidential commercial information, and that possibility necessitates additional agency review.

4. Counsel for petitioners stated that they do not oppose the requested extension.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court extend the deadline to file the certified index to the record for 30 days until May 15, 2025.

    Respectfully submitted,

    LINDSEY POWELL
    */s/ Ben Lewis*
    BEN LEWIS
    Attorneys, Appellate Staff
    Civil Division, Room 7250
    U.S. Department of Justice
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    (202) 514-2494
    benjamin.r.lewis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Ben Lewis*
Ben Lewis

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Georgia 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 222 words, according to the word count of Microsoft Word.

*/s/ Ben Lewis*
Ben Lewis
